UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------- x
                                           :

UNITED STATES OF AMERICA
                                           :       CONSENT PRELIMINARY ORDER
              - v. -                                        OF FORFEITURE/
                                           :       MONEY JUDGMENT

CHRISTIAN GORDON,
        a/k/a "Humble,"                         :       21 Cr. ~~365~~ 625 (CS)
        a/k/a "Christan Gordon,"

                                           :
                Defendant.
---------------------------------- x

        WHEREAS, on or about October 14, 2021, CHRISTIAN GORDON, a/k/a "Humble," a/k/a "Christan Gordon," (the "Defendant"), was charged in a five-count Information, 21 Cr. 365 (CS) (the "Information"), with Hobbs Act robbery conspiracy, in violation of Title 18, United States Code, Section 1951 (Count One); Hobbs Act robbery, in violation of Title 18, United States Code, Sections 1951 and 2 (Counts Two and Four); firearm offense, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2 (Count Three); and firearm offense, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii), 924(c)(1)(A)(iii) and 2 (Count Five);

        WHEREAS, the Information included a forfeiture allegation as to Counts One, Two, and Four of the Information, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), of any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offenses charged in Counts One, Two and Four of the Information, including but not limited to a sum of money in United States, representing the amount of proceeds traceable to the commission of the offenses charged in Counts One, Two and Four of the Information;

WHEREAS, on or about December 13, 2021, the Defendant pled guilty to Counts One through Five of the Information, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegations with respect to Counts One, Two, and Four of the Information and agreed to forfeit to the United States, a sum of money in United States currency;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $230 in United States currency representing the amount of proceeds traceable to the offenses charged in Counts One, Two and Four of the Information, for which the Defendant is jointly and severally liable with co-conspirators Nasir Carter and Tishawn Woods, charged in 21 Cr. 372 (VB) (the "Co-conspirators"), to the extent forfeiture money judgments are entered against the Co-conspirators in that case; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offenses charged in Counts One, Two and Four of the Information that the Defendant personally obtained cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Damian Williams, United States Attorney, Assistant United States Attorney Jeffrey Coffman, of counsel, and the Defendant and his counsel, Domenick J. Porco, Esq., that:

1.      As a result of the offenses charged in Counts One, Two, and Four of the Information, to which the Defendant pled guilty, a money judgment in the amount of $230 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offenses charged in Counts One, Two, and Four of the Information, for which the Defendant

is jointly and severally liable with the Co-conspirators, to the extent forfeiture money judgments are entered the Co-conspirators in their case, shall be entered against the Defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant CHRISTIAN GORDON, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Illicit Finance and Money Laundering Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

4. The United States Marshals Service is authorized to deposit the payments on the Money Judgment into the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

8. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____          3/8/24
    JEFFREY C. COFFMAN                        DATE
    Assistant United States Attorney
    150 Main Street
    White Plains, NY 10601
    (914) 993-1940


CHRISTIAN GORDON

By: _____          3/28/24
    CHRISTAN GORDON                          DATE

By: _____          3/28/24
    DOMENICK J. PORCO, ESQ.                  DATE
    Attorney for Defendant
    571 White Plains Road, 2nd Floor
    Eastchester, NY 10709


SO ORDERED:

_Cathy Seibel_  
HONORABLE CATHY SEIBEL  
UNITED STATES DISTRICT JUDGE

3/28/24  
DATE